

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-19-00088-CR

---

SHUAIB SULAYMA HAKIM, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 100th District Court
Childress County, Texas
Trial Court No. 5978, Honorable Stuart Messer, Presiding

---

October 7, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PARKER, JJ.

Appellant, Shuaib Sulayma Hakim, appeals his conviction for possessing marijuana. The adjudication of his guilt had initially been deferred, and he had been placed on community supervision. The State subsequently moved to adjudicate guilt after he allegedly violated several terms of his probation. At the hearing on the motion, appellant pled true to the allegations, resulting in the trial court's decision to grant the motion, find him guilty of the offense, and sentence him to 20 months in a state jail facility. Through one issue, he now contends that the sentence was disproportionate to the gravity

of the offense due to the purportedly growing acceptance of marijuana use.  We overrule the issue.

Complaints about a supposed disproportionate sentence must be preserved for review by a timely objection when sentenced or through a timely motion for new trial. *Goley v. State*, No. 07-18-00145-CR, 2019 Tex. App. LEXIS 6699, at *4-5 (Tex. App.—Amarillo Aug. 2, 2019, no pet. h.) (mem. op., not designated for publication).  Our perusal of the record uncovered neither.  Thus, the issue before us is waived.

We affirm the judgment of the trial court.

Per Curiam

Do not publish.